**Entered on Docket**
**March 19, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 19, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 24-30082-DM |
| CHRISTOPHER MICHAEL CALLAWAY, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Hearing Held |
| | ) Date: March 13, 2026 |
| | ) Time: 10:00 a.m. |
| | ) Place: 450 Golden Gate Ave |
| | )        Courtroom 16 |
| | )        San Francisco, CA 94102 |
| | )        and/or via Zoom Hearing |

**ORDER CLARIFYING ABANDONED ASSETS**

On December 19, 2025, the court entered an Order Denying Motion To Enter Into Agreement To Purchase And Sell Estate's Interest In Certain Assets (Dkt. 133) and an Order Directing Abandonment of Certain Assets (Dkt. 134).  After confusion arose regarding what assets remained in the bankruptcy estate and upon direction of the court, Debtor filed a Motion to Define and Compel Abandonment of Certain Assets ("Motion") (Dkt. 181).  A hearing on the Motion was held on March 13, 2026.  Upon due consideration, the court HEREBY GRANTS the Motion.  The court

-1-

clarifies that as of December 19, 2025, the court compelled abandonment of the following estate assets back to the Debtor:

1. The following disclosed assets in Debtor's Amended Schedule A/B filed on March 24, 2024 and January 27, 2026:

| Description | Listed Ownership | Listed Value |
|---|---|---|
| Calilion, LLC - Retail bike shop (no longer operating). 6 bikes in storage, debt of company exceeds asset value | 50% | $ 0.00 |
| The Van Ness Bureau, LLC - non operating entity, Cannabis license applicant (4) | 100% | $ 0.00 |
| Calihart, LLC - Flower Shop (operating) | 50% | Unknown |
| Haze Valley 546, LLC - Never operated; no assets | 100% | $ 0.00 |
| Haze Valley 542, LLC - Never operated; no assets | 100% | $ 0.00 |
| Oliverde Farms, LLC - Never operated; no assets | 100% | $ 0.00 |
| Mass1v3, Inc - Never operated; no assets | 100% | $ 0.00 |
| Cal1way, Inc - Never operated; no assets | 100% | $ 0.00 |
| Mr. C's, LLC – Art Gallery/Flower Shop/Cannabis Dispensary. Never operated | 61% | $0.00 |
| Caliverde LLC – Retail Cannabis Dispensary-Investor/Lendor hold warrants | 100% | Unknown |

-2-

Case: 24-30082    Doc# 231    Filed: 03/19/26    Entered: 03/19/26 16:22:57    Page 2 of 5

| | | |
|---|---|---|
| Caliverde Farms, LLC – Never operated; no assets | 100% | $0.00 |
| Domain names: jodolphins.com, tracknappers.com, tracknaps.com, outerhayes.com, blaze-valley.com, project-flowers.com, theouterhaze,com, porn.com, hazevalley.com, petitfleur.com, pot-monster.com, snarcs.com, highroadbikes.com, caliverde.com, oasis-delivery.com, haze-valley.com, blazevalley.com, hybryd.com, indica.com, sativa.com, potmonster.com, chris-callaway.com, christopher-callaway.com, postmonster.org, lafrum.com, coke.com, joydolphins.com, lilnappers.com, lilnapperz.com, fleurlocale.com, lefleur.shop, grandefleur.co, kidsvalley.co, highroadcoffee.co, vinoflores.com, hazevalley.co, caliverde.co | | $ 500.00 |
| Potential future claim against former landlord and creditor Dattani and Solful for interfering with a contractual relationship | | Unknown |
| Digital Account - Cryptocurrency - Venmo | | $ 599.00 |

2.   The estate's interest in claims, counter-claims, cross-claims, and any applicable non-bankruptcy law (collectively, the "causes of action of the estate against any person or entity, including Christopher Callaway and related entities, and other person or entity against whom the estate may have a claim, including but not limited to, accounts receivable claims, avoidance claims, contract claims, and piercing the corporate veil claims, claims under 11 U.S.C. §§

-3-

Case: 24-30082   Doc# 231   Filed: 03/19/26   Entered: 03/19/26 16:22:57   Page 3 of 5

541(a)(3), 544, 547, 548, and 549 for avoidance and recovery of transfers and under related provisions of the California Civil Code (i.e., §§ 3439.04 and 3439.05), and for recovery of avoided transfers under 11 U.S.C. § 550.  For the avoidance of doubt, this includes any and all claims against former landlord and creditor M. Dattani Trust, Kaushik Dattani, DKG Construction, Solful and their agents as noted in Debtor's Amended Schedule A/B filed on January 27, 2026.

3.  Fixtures, inventory, or any tangible or intangible property owned or held by the corporate entities listed above.

The court further clarifies that any former estate assets previously sold by the Chapter 7 Trustee are no longer part of the estate and thus not abandoned back to the Debtor.

*** END OF ORDER ***

-4-

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114

Case: 24-30082    Doc# 231    Filed: 03/19/26    Entered: 03/19/26 16:22:57    Page 5 of 5