**Entered on Docket**
**March 19, 2026**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: March 19, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 24-30082-DM |
| CHRISTOPHER MICHAEL CALLAWAY, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |

### ORDER DENYING MOTION FOR STAY PENDING APPEAL

IT IS HEREBY ORDERED that, M. Dattani Credit Trust's Motion for Stay of Enforcement Orders and/or an Injunction Pending Appeal (Dkt 139, as amended by Dkt 141) is DENIED.

*** END OF ORDER ***

-1-

<u>COURT SERVICE LIST</u>

Christopher Michael Callaway
2489 15th Street
San Francisco, CA 94114

-2-